IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIM HOLSTON                                                                 PLAINTIFF

v.                      Case No. 4:17-cv-4005

THE CITY OF HOPE, ARKANSAS;
CATHERINE COOK, in her Individual and
Official Capacity as City Manager; and
LARRY YORK, in his Individual and Official
Capacity as Public Works Director                        DEFENDANTS

## **ORDER**

Before the Court is the Motion to Withdraw as Counsel of Record filed by Defendants' counsel, Ms. Gabrielle Gibson. Ms. Gibson requests to withdraw from the representation because of a change in job duties with the Arkansas Municipal League. The Court notes that Defendants remain represented by Ms. Amanda LaFever of the Arkansas Municipal League.

Upon consideration, the Court finds that the motion (ECF No. 18) should be and hereby is **GRANTED**. Ms. Gibson is hereby relieved as attorney of record for Defendants. The Clerk is **DIRECTED** to remove Ms. Gibson from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 25th day of January, 2019.

                                                               /s/ Susan O. Hickey
                                                               Susan O. Hickey
                                                               United States District Judge