IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIM HOLSTON                                                                                          PLAINTIFF

v.                                              Case No. 4:17-cv-04005

THE CITY OF HOPE, ARKANSAS;
CATHERINE COOK, in her Individual and
Official Capacity as City Manager; and
LARRY YORK, in his Individual and Official
Capacity as Public Works Director                                                                    DEFENDANT

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion in this case of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 27) should be and is hereby **GRANTED**. Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of January, 2020.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              Chief United States District Judge